# EXHIBIT B

## (to First Amended Complaint)

**From:** Pernini, David M. [dpernini@wargofrench.com]
**Sent:** 1/19/2018 7:11:03 PM
**To:** 'Jdsnowdy@interlog.com' [Jdsnowdy@interlog.com]
**CC:** Lexi Haden [LHaden@mimedx.com]
**Subject:** RE: Objectives

Derrick,

Got your voicemail from earlier today. I am available this weekend to discuss your methodology for achieving the below objectives. In addition, we saw Cohodes' tweet from earlier today indicating that he may attend the Sales conference. We would like to add an objective of determining whether he, or one of his minions, is planning to actually attend.

David M. Pernini
WARGO FRENCH
(404) 853-1520

---

**From:** Pernini, David M.
**Sent:** Monday, January 15, 2018 7:48 PM
**To:** Jdsnowdy@interlog.com
**Cc:** Lexi Haden
**Subject:** Objectives

Derrick,

We received your signed copy of the engagement agreement. As discussed, below are the general objectives of MiMedx for the engagement. Please look over this and provide a proposed methodology for obtaining these objections. We can then discuss how best to proceed.

1. Are you able to give us advanced notice of any upcoming attacks or damaging articles or tweets on MiMedx?
   How much notice can we get?
   Do you have access to any drafts of articles (or tweets) and, if so, can you provide drafts to us in advance?

2. Who is Cohodes working for and with?
   Can you tell us who participated on any calls, emails, or group messages concerning MiMedx?
   Are these calls ongoing and, if so, who else is involved on these calls, emails, or group messages?
   Who is the money behind Cohodes?
   Can you let us know what roles the participants play in these calls?
   Can you let us know who is directing these calls?
   Can you determine why these people are involved?
   Are they paid by third parties?
   If so, can you determine who is paying them?
   Can you determine whether Cohodes is being paid for his actions? If so, can you find the source?
   How can we get this evidence in a form we could turn over to the authorities?

DEF35973

3. Cohodes has tweeted that he acts alone.
   What hard evidence can you find to dispute this?

4. How could you determine what current or former employees the short sellers been relying on to get information on MiMedx?
   Are there ways you could find this out?
   Can we get a list of employees that Cohodes and others are targeting for information?

5. Have these short sellers spoken with attorneys (Clayton Halunen, Mack Reed, Stephen Premo, Kaarin Nelson Schaffer, Chris Moreland) of the former employees in order to get information on MiMedx? Are there ways you could discover this?
   Can you determine whether there is any pending whistleblower or qui tam action?
   If so, can you find out what are the allegations, and where they are pending?

6. Do you know who is behind the MDXG whistleblower (@Mimdexwhistleb1) Twitter account?

7. Could you determine who created the Currentemployee email?
   Can you find out who paid for it?
   Can you determine who it has been sent to?
   Can you determine when it was created?

8. Could you determine who made the fake Pete Gmail account?
   Can you determine if it is still being used?
   Can you determine who received emails from that account?
   Can you get copies of these emails?

9. Do you know who is behind the Viceroy Research (@viceroyresearch) Twitter account and website?
   Can you confirm all the users of the twitter account?
   Can you look into how the tweets are coordinated?

10. Can you find out how Sparrow Management is financially involved with the attacks on MiMedx?

11. Can you find out all persons who are involved in creating the Aurelius articles and tweets?
    Can you determine how these articles are financed?

12. What other Twitter accounts should we be watching and why?

13. Can you find any other evidence of illegal activity by Cohodes, such as front running, naked shorting, money laundering, etc.

We look forward to hearing from you!

David M. Pernini
WARGO FRENCH
Main Line (404) 853-1500
Main Fax (404) 853-1501
Direct Dial (404) 853-1520
Direct Fax (404) 853-1521
dpernini@wargofrench.com

DEF35974

www.wargofrench.com



Atlanta | Los Angeles | Miami

The information in this message is intended for the addressee only and may contain privileged and confidential information. If you are not the intended recipient, please immediately stop reading this message, delete it from your system and notify the sender at dpernini@wargofrench.com that it has been deleted. Any unauthorized reading, distribution, dissemination, copying, or other use of the information in this message is strictly prohibited.