# EXHIBIT C

Derrick,
Here are my cleaned up notes of the two answers you provided in response to my questions, "What were you
meetings with Glassman's top colleague and his lawyer?" and "Why are you mentioned in various MiMedx f

1. On 9/12/17 you and your lawyer John K. Phillips went to meet with Jim Riley and Naomi Lutes because y
attempts -- hundreds per day -- and you wanted to get information to see if Glassman was connected to it.

You insist that you were not working for Danny Guy -- or his lawyers -- at the time re: his campaign against
sellers; you said you had tried (unsuccessfully) to change Danny's mind several times on shorts. In this time
recover $40 million for him from Bernhard Fritsch (in which you said you wore a wire for the FBI.)

That said, you insisted you never worked with or for Glassman and his lawyers. Your view of Glassman is lo

Re Catalyst legal filings: Your appearance in them (as connected to Glassman's side) is complete human err
who do not hesitate to assert you played a role for Glassman, are simply wrong. Still, to avoid becoming invo
record.

2. MiMedx is more complicated and you can't really discuss it.
But to the extent you appear in any $MDXG discovery, it is solely because you worked for a U.S.-based entit
if his legal team played an active role in orchestrating fraud.

Specifically, this U.S. law enforcement entity scripted/directed your communications (email, text presumab

But at some point during this investigation you became unhappy with "the way they were going about it" an

*For the record, the Department of Justice is the only entity able to operate like that in the U.S.

Exhibit
0010