# EXHIBIT D

to jdsnowdy

Hey Derrick,

Here's an email to Danny from you, dated 4/5/18, that he subsequently passed on to Catalyst's Jim Riley. /
Glassman a high-priority, and you met with Catalyst twice: Once with their PI's and once with their legal te

My hope is that you'll start dealing with me more candidly. Start with this: You are the author of this email

You were the **only person** I have ever asked for help in getting a Catalyst filing; in this case, an LP letter. :
you, and my notes lay out the file number of the document I sought. (Also, I do remember our exchange on
confirmed, on the record, the specific exchanges you referenced.

Are you still insisting you played **no role whatsoever** in the set of disputes between Danny Guy and New
the other? If that is still the case, what is the purpose of this email?

To the average set of eyes, you did a great deal of work for no pay. Is that something you are also still hold 1

You wrote that you and Danny had gotten around California's two-party consent rule for taping conversati(

More broadly, why did you choose to act as a double agent?

This memo specifically details your view that short-sellers like Cohodes, Anderson and others acted as a "c
put you at possible legal and reputational risk.

After three years, is this still your view? If so, how do you reconcile it with the fact that you told me several
sellers destroying Concordia were wrong?

Exhibit
0011