# EXHIBIT E

**Derrick Snowdy** via eigbox.net
to me

Roddy,

I read through this and I got to a point where I just stopped.

1. I did not write any such email.
2. What is in there doesn't even reflect reality of where I was or what I was doing at the time.
3. I have no idea who the "Investigators" I was introduced to are, were or could be and I don't care. I'm pretty sure I was followed and I met them a day apart) and I presume this was some investigators hired in NYC.
4. My last email of any kind was to Danny Guy in April of 2016 related to the Los Angeles Starclub case
5. Some of the crazy in that email is EXACTLY the kind of nutty shit I was questioned about when I was summoned by the OSC others. Wish I could tell you more but I am prohibited by law from discussing the particulars. They can all kiss my ass.
6. Did I mention I don't care?
7. My friend Christie Blatchford wrote some great pieces on about how she was approached during this time and if she had not p
8. I can't help what others write or what others purport to be true or represent as coming from me. I have had things like this is th know people involved.
9. I have said numerous times that Canada is a small street and everyone knows everyone. I have been summoned in the past a was the person.
10. I will continue to assist the authorities in their investigation into those people including legal counsel that would engage in the
11. I find it so surreal, half these people think I'm somehow working for the very people that all think I'm working for the other pec transfer or some other financial document, retainer letter or receipt I'd love to fucking see it. At this point I'm willing to say I'm wo being sarcastic here or not)
12. You'll notice that I did not in any way particulate in any of the legal proceedings in Toronto and I was contacted by all the part all asked me about "working" for the other.

Exhibit 0012